UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

NICHOLAS POPLARDO,

    Plaintiff,

vs.                                              Case No.  3:06-cv-1101-J-33MCR

MICHAEL J. ASTRUE, Commissioner of the
Social Security Administration,[1]

    Defendant.
_____/

## **SCHEDULING ORDER**

1.     Plaintiff shall file a memorandum of law in support of the Complaint no later than **May 4, 2007**.

2.     The Commissioner shall file a responsive memorandum of law within sixty (60) days of the service of Plaintiff's memorandum of law or by **July 3, 2007**, whichever is earlier.

**DONE** and **ORDERED** in Chambers in Jacksonville, Florida on this  6th  day of March, 2007.

*Monte C. Richardson*

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record

---

[1] Michael J. Astrue is substituted for his predecessor, Jo Anne B. Barnhart, as Commissioner of the Social Security Administration.  See Rule 25(d)(1), Fed.R.Civ.P.